JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFANO GUIDO VITALE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>FELIPE MARTINEZ, Warden,<br><br>　　　　　Respondent. | Case No. 2:18-cv-02075-MCS-MAA<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

　　IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: October 5, 2020

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE